IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RICKY RICARDO DANIEL, d/b/a )
MONICA'S LUNCH EXPRESS, )
DEFENDANTS, $17,304.00 U.S. )
CURRENCY, $14,100.00 JEWELRY, )
RES/PROPERTY, )
)
    Petitioner-Plaintiff, )
)
vs. ) CV 04-H-0116-S
)
U.S. DEPARTMENT OF JUSTICE, )
ET AL., )
)
    Respondent-Defendants. )

FILED 04 FEB -2 AM 10: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
FEB - 2 2004

## MEMORANDUM OF OPINION

Ricky Ricardo Daniel has filed this *pro se* action. The complaint purports to be grounded in 5 U.S.C. § 552(a)(4)(B), the Freedom of Information Act. In such an action, if Daniel is entitled to any relief, he is entitled only to the disclosure of documents he has sought from the Department of Justice. Mr. Daniel, however, seeks $50,000 in compensatory damages, $50,000 in punitive damages, the return of property and, almost as an afterthought, a copy of the search warrant executed October 26, 1994. It is clear from a reading of the complaint that Daniel is once again challenging the seizure and civil forfeiture of property and money in 1994 and 1995. The same facts that provide the basis for the current complaint have previously been presented in CV95-PT-1840-S, MC95-C-2679-S, CV03-S-425-S. Each of these cases is pending before the Eleventh Circuit Court of Appeals. This action is frivolous and intentionally vexatious. In three separate actions Mr. Daniel has been denied relief. He has been instructed by two district judges to cease filing papers in closed actions. If one of his three appeals results in reinstatement of any action, this issue will be reviewed a new.

This action, however, is clear due to be dismissed.

As to the foregoing it is SO ORDERED this the 2nd day of FEB. 2004.

_____
JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE